

FILED

2007 OCT -5 PM 3: 21

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate Case No. 07 MJ 2385 |
| ) | BY DEPUTY |
| V. ) | COMPLAINT FOR VIOLATION |
| ) | |
| ) | 21 U.S.C. 841(a)(1); |
| Ruben NAVARRO-Maldonado ) | Distribution of a Controlled Substance |
| ) | to Wit: 50 Grams or More of a Mixture or |
| ) | Substance Containing a Detectable Amount of |
| _____ ) | Methamphetamine |

The undersigned complainant being duly sworn states:

That on or about August 30, 2007 through October 4, 2007, within the Southern District of California, defendant Ruben NAVARRO-Maldonado did knowingly distribute approximately 2 pounds of methamphetamine, a Schedule II Controlled Substances; in violation of Title 21, United States Code, Section 841(a)(1).

And the complainant states that this complaint is based on the attached Affidavit, which is incorporated herein by reference.

Robert Prouty
Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence, October 5, 2007.

United States Magistrate Judge

Probable Cause Statement

I, Robert Prouty, being duly sworn, state:

On August 30, 2007, Defendant Ruben NAVARRO-Maldonado sold Special Agent (SA) Higgins, acting in an undercover capacity, approximately 36.5 grams of methamphetamine for $1300.00.  Substance analysis tests revealed that the methamphetamine contained 20.33 grams of methamphetamine (actual).

On September 7, 2007, the Defendant sold SA Higgins, acting in an undercover capacity, approximately 27.8 gross grams of methamphetamine for $1200.00.  Substance analysis of that methamphetamine revealed that it contained 18.7 grams of methamphetamine (actual).

On September 20, 2007, NAVARRO sold approximately five ounces of methamphetamine to SA Raphael Romero, acting in an undercover capacity, in the earlier part of the day.  Substance analysis tests revealed that the methamphetamine contained 49.35 grams of methamphetamine (actual).  Later that same day, NAVARRO sold approximately nine ounces of methamphetamine to SA Romero NAVARRO.  Substance analysis tests of the methamphetamine revealed that it contained 89.71 grams of methamphetamine (actual).

On October 4, 2007, NAVARRO agreed to sell approximately ten ounces of methamphetamine to SA Romero as negotiated by a Confidential Source (CS) acting under the direction of DEA agents.  Thereafter, NAVARRO was placed under arrest.

*THESE SUBSTANCES TESTED POSITIVE FOR THE PRESENCE OF METHAMPHETAMINE RPP*

DATED:   October 5, 2007.

Robert P. Prouty
Special Agent
Drug Enforcement Administration