FILED
OCT 12 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  　　　　　DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case Number: 07mj2385-LSP |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **FINDINGS OF FACT AND ORDER RE WAIVER OF DETENTION PENDING TRIAL** |
| RUBEN NAVARRO-MALDONADO, | ) | |
| Defendant. | ) | |

In accordance with the Bail Reform Act of 1984, 18 U.S.C. §3142(f), a detention hearing was scheduled for **October 12, 2007**, to determine whether **RUBEN NAVARRO-MALDONADO,** (the "Defendant") should be held in custody without bail pending trial and, if convicted, sentencing in the above-captioned matter.

At the hearing on **October 12, 2007,** the Defendant knowingly and voluntarily waived all rights, on the record and through counsel, to the setting of bail and the detention hearing. Based on that waiver, the Court orders that Defendant be detained pending trial and, if convicted, sentencing in these matters, without prejudice or waiver of the Defendant's right to later apply for bail and conditions of release, and without prejudice or waiver of the right of the United States to seek detention in the event of an application by Defendant for such relief.

// //

// //

1 | // //

2 | <u>ORDER</u>

3 | IT IS HEREBY ORDERED that Defendant be detained pending trial and, if convicted, sentencing in these
4 | matters.

5 | IT IS FURTHER ORDERED that Defendant be committed to the custody of the Attorney General
6 | or his designated representative for confinement in a corrections facility separate, to the extent practicable,
7 | from persons awaiting or serving sentence or being held pending appeal. The Defendant shall be afforded
8 | reasonable opportunity for private consultation with counsel.

9 | While in custody, upon order of a court of the United States or upon the request of an attorney for
10 | the United States, the person in charge of the correctional facility shall deliver the Defendant to the United
11 | States Marshal for the purpose of an appearance in connection with a court proceeding or any other
12 | appearance stipulated to by defense and government counsel.

13 | This order is made without prejudice to modification by this Court and without prejudice to the
14 | Defendant's exercise of the right to bail and a detention hearing at a future date.

15 | IT IS SO ORDERED.

16 | Dated: October 12, 2007

LEO S. PAPAS
United States Magistrate Judge