FILED

07 OCT 17 AM 9:32

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___P∅V___  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury    07 CR 2883 — JAH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Methamphetamine; |
| RUBEN NAVARRO-MALDONADO (1), ) MARTIN ORTIZ-WENSE (2), ) | Title 21, U.S.C., Sec. 841(a)(1) - Distribution of Methamphetamine; |
| Defendants. ) | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including October 4, 2007, within the Southern District of California, defendants RUBEN NAVARRO-MALDONADO and MARTIN ORTIZ-WENSE did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury to distribute 50 grams and more of a mixture or substance containing a detectable amount of methamphetamine, to wit: 334 grams of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

//

CPH:nlv:San Diego
10/16/07

### Count 2

On or about August 30, 2007, within the Southern District of California, defendant RUBEN NAVARRO-MALDONADO did knowingly and intentionally distribute 5 grams and more of methamphetamine, to wit: 20.3 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

### Count 3

On or about September 7, 2007, within the Southern District of California, defendant RUBEN NAVARRO-MALDONADO did knowingly and intentionally distribute 5 grams and more of methamphetamine, to wit: 18.7 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

### Count 4

On or about September 20, 2007, within the Southern District of California, defendant RUBEN NAVARRO-MALDONADO did knowingly and intentionally distribute 50 grams and more of methamphetamine, to wit: 139.8 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

//
//
//
//
//
//
//

## Count 5

On or about October 4, 2007, within the Southern District of California, defendants RUBEN NAVARRO-MALDONADO and MARTIN ORTIZ-WENSE did knowingly and intentionally possess, with intent to distribute, 50 grams and more of a mixture or substance containing a detectable amount of methamphetamine, to wit: approximately 334 grams of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## Count 6

On or about October 4, 2007, within the Southern District of California, defendant MARTIN ORTIZ-WENSE did knowingly and intentionally possess, with intent to distribute 5 grams and more of a mixture or substance containing a detectable amount of methamphetamine, to wit: approximately 24 grams of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: October 17, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CAROLINE P. HAN
Assistant U.S. Attorney