1 **TIMOTHY R. GARRISON**
California State Bar No. 228105
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone: (619) 234-8467
4 Timothy_Garrison@fd.org

5 Attorneys for Mr. RUBEN NAVARRO-MALDONADO

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 (**HONORABLE JOHN A. HOUSTON**)

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. 07CR2883-JAH** |
| Plaintiff, | DATE: December 3, 2007<br>TIME: 8:30 a.m. |
| v. | **NOTICE OF MOTIONS AND MOTIONS:** |
| RUBEN NAVARRO-MALDONADO, | **(1) TO COMPEL DISCOVERY;**<br>**(2) FOR LEAVE TO FILE FURTHER MOTIONS;** |
| Defendant. | |

18 TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
CAROLINE HAN, ASSISTANT UNITED STATES ATTORNEY:

20 PLEASE TAKE NOTICE that on December 3, 2007 at 8:30 a.m., or as soon thereafter as

21 counsel may be heard, the defendant, RUBEN NAVARRO-MALDONADO, by and through his

22 counsel, Timothy R. Garrison and Federal Defenders of San Diego, Inc., will ask this Court to enter

23 an order granting the following motions.

24 //

25 //

26 //

27 //

28 //

## MOTIONS

The defendant, RUBEN NAVARRO-MALDONADO, by and through his attorneys, Timothy R. Garrison and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) compelling discovery;

2) for leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: November 26, 2007

/s/ *Timothy R. Garrison*
**Timothy R. Garrison**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Navarro-Maldonado
Timothy_Garrison@fd.org

1  **TIMOTHY R. GARRISON**
   California Bar No. 228105
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Tel: (619) 234-8467 / Fax: (619) 687-2666
4  timothy_garrison@fd.org

5  Attorneys for Mr. Navarro-Maldonado

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 07CR2883-JAH |
| Plaintiff, | ) |
| v. | ) **CERTIFICATE OF SERVICE** |
| **RUBEN NAVARRO-MALDONADO**, | ) |
| Defendant. | ) |
| _____ | ) |

   **I HEREBY CERTIFY** that on November 26, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


                              /s/  *Timothy R. Garrison*
                              **TIMOTHY R. GARRISON**
                              California Bar No. 228105
                              Federal Defenders of San Diego, Inc.
                              225 Broadway, Suite 900
                              San Diego, CA 92101
                              Tel: (619) 234-8467 /Fax: (619) 687-2666
                              timothy_garrison@fd.org

                              Attorneys for Mr. Navarro-Maldonado

# SERVICE LIST

**United States v. Ruben Navarro-Maldonado**
**Case No. 07cr2883-JAH**
**United States District Court, Southern District of California**

**Caroline Pineda Han**
   Caroline.Han@usdoj.gov,efile.dkt.gc1@usdoj.gov,pauline.fejeran@usdoj.gov

[*Service via CM/ECF*]