1 | **Christian De Olivas**
CalBarNo. 249608
2 | De Olivas Law Firm, APLC
200 N. Bradford Ave., Suite L
3 | Placentia, CA 92870
Telephone: (714) 646-3314
4 | Facsimile:   (714) 646-3421

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>RUBEN NAVARRO-MALDONADO<br><br>         Defendant | Case No: 307-CR-02883-JAQH-1<br><br>**SUBSTITUTION OF ATTORNEY** |

RUBEN NAVARRO-MALDONADO hereby substitutes attorney CHRISTIAN DE OLIVAS, from the DE OLIVAS LAW FIRM, APLC, located at 200 N. Bradford Avenue, Suite L, Placentia, CA 92870, with telephone number, (714) 646-3314, as attorney of record in place and stead of attorney, TIMOTHY GARRISON

DATED: 11-26-07                           RUBEN NM
                                                                    DEFENDANT

I consent to the above substitution.

DATED: 11/29/07
                                                                    PRESENT ATTORNEY

//

                                              1    307-CR-02883
                                                        CASE NO.

| | |
|---|---|
| 1 | I am duly admitted to practice in this district. |
| 2 | I accept the above substitution. |

DATED: 11-26-07

_____
NEW ATTORNEY

Please check one: ✓ RETAINED, or _____ APPOINTED BY THE COURT.

APPROVED:

DATED: 12-3-07

_____
UNITED STATES DISTRICT COURT
~~MAGISTRATE~~

2   307-CR-02883
CASE NO.