Christian De Olivas
CalBarNo. 249608
De Olivas Law Firm, APLC
200 N Bradford Ave, Ste L
Placentia, CA 92870
Telephone: (714) 646-3314
Facsimile:   (714) 646-3721
Email: christian@deolivaslaw.com

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# (HONORABLE JOHN A. HOUSTON)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RUBEN NAVARRO-MALDONADO,<br><br>　　　　Defendant | **CASE**: 307-CR-02883-JAH-1<br>**DATE**: _03/10/08<br>**TIME**:    8:30 AM<br>**NOTICE OF MOTION; MOTION TO REPRODUCE INAUDIBLE AUDIO TAPES/TRANSCRIPTS, CD DISKS; POINTS AND AUTHORITIES** |

## NOTICE

**TO**: THE UNITED STATES ATTORNEY

**PLEASE TAKE NOTICE** that on the above-referenced date, Defendant, RUBEN NAVARRO-MALDONADO, by and through his counsel, CHRISTIAN DE OLIVAS, attorney of record will move this Court to grant the above-entitled motion.

# MOTION

The Defendant, RUBEN NAVARRO-MALDONADO, by and through his counsel, CHRISTIAN DE OLIVAS, and pursuant to Federal Rules of Criminal Procedure Evidence 7(f), 12, 14, and 16, and the Fourth, Fifth and Sixth Amendments to the United States Constitution, hereby moves this Court to grant the above-stated motion.

**DATED**:   February 27, 2008      **SIGNED**:   s/ *Christian De Olivas*

　　　　　　　　　　　　　　　　　　　　　　CHRISTIAN DE OLIVAS

　　　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANT
　　　　　　　　　　　　　　　　　　　　　　RUBEN NAVARRO-MALDONADO

## STATEMENT OF CASE

The defendant, RUBEN NAVARRO-MALDONADO, is charged in an indictment with one charge of Distribution of a Controlled Substance, to wit more than 50 grams, in violation of §841(a)(1).

## I.

## DISCOVERY

To preserve his rights and guard against undue prejudice due to delay, defendant seeks an order compelling discovery of the following specific material. Defendant requests full discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure, *Brady v. Maryland*, 373 U.S. 83 (1963), the *Jencks* Act (18 U.S.C. § 3500), and the Fifth and Sixth Amendments of the United States Constitution. Defendant hereby seeks discovery of the following items, all of which are material to preparing for his defense:

A. Specific Discovery Requests

1. The Defense requests ANOTHER copy of the following items:

   a. N-1   (Audio)

   b. N-5   (Audio)

   c. N-10  (Audio)

   d. N-12  (Audio)

   e. N-15  (Audio)

    f. N-41 (WordPerfect)

    g. N-42 (WordPerfect)

    h. N-44 (WordPerfect)

See Rule 16(a)(1)(E); see also *United States v. Bryan*, 868 F.2d 1032, 1036 (9th Cir. 1989)

    B.    <u>Available Transcripts Request</u>

The Defense requests any and all available transcripts regarding all audiotapes, including all the above-mentioned tapes.

    Respectfully Submitted,

**DATED**: February 27, 2008    **SIGNED**: s/ *Christian De Olivas*

    CHRISTIAN DE OLIVAS

    ATTORNEY FOR DEFENDANT
    RUBEN NAVARRO-MALDONADO

# CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED THAT**:

1. I, CHRISTIAN DE OLIVAS, am a citizen of the United States and am at least eighteen years of age. My business address is 200 N. Bradford Ave., Ste L, Placentia, California 92870.

2. I am not a party to the above-entitled action. I have caused service of the following documents: **Notice of Motion; Motion to Reproduce Audiotapes/CD Disks & Transcripts; Points and Authorities** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

    a. Ms. **Caroline P. Han**, Assistant United States' Attorney

3. I declare under penalty of perjury that the foregoing is true and correct. Executed on **February 27, 2008**.

DATED:   February 27, 2008         SIGNED:   s/ *Christian De Olivas*

                                             CHRISTIAN DE OLIVAS

                                             ATTORNEY FOR DEFENDANT
                                             RUBEN NAVARRO-MALDONADO