**Christian De Olivas**
CalBarNo. 249608
**De Olivas Law Firm, APLC**
200 N Bradford Ave, Ste L
Placentia, CA 92870
Telephone: (714) 646-3314
Facsimile:   (714) 646-3721
Email: christian@deolivaslaw.com

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE JOHN A. HOUSTON)

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE**: 307-CR-02883-JAH-1 |
| Plaintiff, | **DATE**:  _03/10/08 |
| vs. | **TIME**:    8:30 AM |
| RUBEN NAVARRO-MALDONADO | **NOTICE OF DEFENSE BASED UPON ENTRAPMENT** |
| Defendant | |

## NOTICE

**TO**: THE UNITED STATES ATTORNEY

**PLEASE TAKE NOTICE** that RUBEN NAVARRO-MALDONADO, a Defendant in the above-numbered cause, through counsel, respectfully moves this Honorable Court to direct the attorneys for the Government to disclose, in advance of trial, all evidence which would have or might have a bearing on

whether any act on the part of this Defendant was the product of entrapment by government agents or others acting at their request or direction, and in this regard would show the Court as follows:

    1. The Defendant is informed and believes that many of the individuals involved in this case, including but not limited to those who may testify on behalf of the prosecution, have been arrested at various times prior to any date alleged in this Indictment and that such persons, at the request and instigation of government agents, including promises of preferential treatment of one kind or another, were induced to endeavor to persuade this Defendant to place himself in a position in which criminal charges could be brought against him.

    2. In this connection, the Defendant will show that he is an honorable businessman with no criminal record, that he has never been arrested for any offense more serious than minor traffic violations, that he is and has been for many years a responsible, respected businessman in the City of Escondido, California, and that all of the other persons named in the Indictment may have criminal records involving serious charges.

    3. Each co-defendant may have a distinct motive for endeavoring to create a non-existent case against this Defendant, in order to secure preferential

treatment. Therefore, in preparation for the trial of this case, the Defendant requires detailed information as to all dealings had between agents or representatives of the Government and the parties named in the Indictment prior to **November 1 2007**, including detailed information about any funds or other things of value, including narcotics, given to such parties in connection with their activities in this case.

4. The Defendant moves that such information be specific and precise as to dates and places and persons involved at any such dates or places, and as to what was said by or on behalf of any agents or attorneys for the Government to such parties regarding this Defendant and his involvement in this case.

Respectfully Submitted,

**DATED**:   February 27, 2008        **SIGNED**:   s/ *Christian De Olivas*

CHRISTIAN DE OLIVAS

ATTORNEY FOR DEFENDANT
RUBEN NAVARRO-MALDONADO

# CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED THAT**:

1. I, CHRISTIAN DE OLIVAS, am a citizen of the United States and am at least eighteen years of age. My business address is 200 N. Bradford Ave., Ste L, Placentia, California 92870.

2. I am not a party to the above-entitled action. I have caused service of the following documents: **Notice of Entrapment Defense** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

    a. Mr. **Caroline P Han** Assistant United States' Attorney

3. I declare under penalty of perjury that the foregoing is true and correct. Executed on February 27, 2008

**DATED**:   February 27, 2008         **SIGNED**:   s/ *Christian De Olivas*

                                                            CHRISTIAN DE OLIVAS

                                                            ATTORNEY FOR DEFENDANT
                                                            RUBEN NAVARRO-MALDONADO