**Christian De Olivas**
CalBarNo. 249608
**De Olivas Law Firm, APLC**
200 N Bradford Ave, Ste L
Placentia, CA 92870
Telephone: (714) 646-3314
Facsimile:   (714) 646-3721
Email: christian@deolivaslaw.com

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE JOHN A. HOUSTON)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RUBEN NAVARRO-MALDONADO<br><br>　　　　Defendant | **CASE**: 307-CR-02883-JAH-1<br><br>**DATE**: _03/10/08<br><br>**TIME**:　　8:30 AM<br><br>**NOTICE OF DEFENSE BASED UPON MENTAL CONDITION** |

## NOTICE

**TO**: THE UNITED STATES ATTORNEY

**PLEASE TAKE NOTICE** that the Defendant, RUBEN NAVARRO-MALDONADO, intends to rely upon the defense of insanity and/or intends to introduce expert testimony relating to a mental disease, defect, or other condition bearing upon the **issue** of whether he had **the mental state** required to **commit**

the offense charged, to wit, Defendant was under the influence of metamphetamine on or about the dates the indictment charges.

Respectfully Submitted,

**DATED**: February 27, 2008     **SIGNED**: s/ *Christian De Olivas*

CHRISTIAN DE OLIVAS

ATTORNEY FOR DEFENDANT
RUBEN NAVARRO-MALDONADO

**CERTIFICATE OF SERVICE**

**IT IS HEREBY CERTIFIED THAT**:

1. I, CHRISTIAN DE OLIVAS, am a citizen of the United States and am at least eighteen years of age. My business address is 200 N. Bradford Ave., Ste L, Placentia, California 92870.
2. I am not a party to the above-entitled action. I have caused service of the following documents: **Notice of Mental Condition Defense** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:
    a. Mr. **Caroline P Han** Assistant United States' Attorney
3. I declare under penalty of perjury that the foregoing is true and correct. Executed on February 11, 2008

**DATED**:  February 27, 2008        **SIGNED**:  s/ *Christian De Olivas*

                                            CHRISTIAN DE OLIVAS

                                            ATTORNEY FOR DEFENDANT
                                            RUBEN NAVARRO-MALDONADO