SAMANTHA MANN
CA State Bar No.: 220100
Kerry Steigerwalt's Pacific Law Center
4225 La Jolla Village Square, Suite 1500
La Jolla, Ca 92037
888-789-0123
Fax 858-366-0450

Attorney for Defendant
RUBEN NAVARRO-MALDONADO

(THE HONORABLE JUDGE JOHN A. HOUSTON)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUBEN NAVARRO-MALDONADO,<br><br>Defendant. | Case No. 07-CR-2883-JAH<br><br>SUBSTITUTION OF ATTORNEY |

The defendant in the above-referenced matter, RUBEN NAVARRO-MALDONADO, by and through his counsel, Samantha A. Mann, hereby moves the court to substitute SAMANTHA MANN, as his attorney of record for all matters pertaining to the above-entitled action in the place of the CHRISTIAN DE OLIVAS.

DATED: 4-3-08

SAMANTHA MANN

I consent to this substitution:
DATED: 4-2-08

RUBEN NAVARRO-MALDONADO

I consent to this substitution:
DATED: 4-3-08

CHRISTIAN DE OLIVAS

1  **SAMANTHA MANN**
CA State Bar No.: 220100
2  LAW OFFICE OF KERRY L. STEIGERWALT
3555 Fourth Avenue
3  San Diego, California 92103
Phone: (619) 297-2800
4  Fax: (619) 908-3836

5  Attorney for Defendant
**RUBEN NAVARRO-MALDONADO**
6

7
**UNITED STATES DISTRICT COURT**
8
**SOUTHERN DISTRICT OF CALIFORNIA**
9
**(THE HONORABLE JUDGE WILLIAM Q. HAYES)**
10

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA | ) | Criminal Case No. **07-CR-2883-JAH** |
| 12 Plaintiff, | ) | |
| 13 v. | ) | **PROOF SERVICE** |
| 14 **RUBEN NAVARRO-MALDONADO** | ) | |
| 15 Defendant. | ) | |

16  TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND HER DESIGNATED DEPUTY, AND THE UNITED STATES PROBATION OFFICE:

   I, Samantha A. Mann, do hereby state:

   I am a citizen of the United States, over the age of 18 years, and not a party to the within action.

   My business address is 4225 Executive Sq., Ste. 1500, La Jolla, CA 92037.

   **On April 8, 2008, I electronically filed Ex Parte Application to Substitute Attorney** to Karen P. Hewitt, United States Attorney and Assistant U.S. Attorney.

   I declare under penalty of perjury, that the foregoing is true and correct.

   Executed on April 8, 2008, at San Diego, California.

                                        /s/Samantha A. Mann
                                        Samantha A. Mann