1
2
3
4
5
6
7
8              (THE HONORABLE JUDGE JOHN A. HOUSTON)
9                    UNITED STATES DISTRICT COURT
10                   SOUTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Case No. 07-CR-2883-JAH** |
| ) Plaintiff, ) | |
| v. ) | **ORDER** |
| ) | |
| **RUBEN NAVARRO-MALDONADO,** ) | |
| ) Defendant. ) | |

**It Is Ordered**, the defendant in the above-referenced matter, **RUBEN NAVARRO-MALDONADO**, hereby substitutes **SAMANTHA MANN**, as his attorney of record for all matters pertaining to the above-entitled action in the place of **CHRISTIAN DE OLIVAS**.

**IT IS SO ORDERED:**

DATED:   April 9, 2008

_____
JOHN A. HOUSTON
United States District Judge