Linda A. King, Esq.  SBN. 087138
LAW OFFICES OF LINDA A. KING & ASSOCIATES
2044 First Avenue, Suite 200
San Diego, California 92101-2079
Telephone: (619) 233-8034
Fax: (619) 233-4516

Attorney for Material Witness

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

**(Judge John A. Houston)**

| | |
|---|---|
| UNITED STATES OF AMERICA; | Criminal Case No. 07CR2883-JAH <br> Magistrate Case No:07MJ2302-LSP |
| Plaintiff, | DECLARATION OF LINDA A. KING IN SUPPORT OF MATERIAL |
| vs. | WITNESS MOTION FOR A VIDEOTAPE DEPOSITION |
| ABEL CORRALES-SANCHEZ | |
| Defendant. | DATE:   September 19, 2008 <br> TIME: 9:00 am <br> HON:  John A. Houston |

I the undersigned, declare as follows:

1. My name is Linda A. King, I am the attorney of record for Abel Corrales-Sanchez, the Material Witness in the above captioned matter. I am an attorney duly licensed to practice law in the State of California and am admitted to practice before the United States District Court for Southern District of California.

2. On July 30, 2008, I was appointed to represent the Material Witness in the above-captioned matter. As a Material Witness attorney, one of my primary responsibilities is to help arrange the release of the Material Witness from the custody of the U.S. Marshall and INS as soon as possible. To that end, I immediately conducted an interview with Material Witness to explain why he/she is being held and under what conditions he/she would be released. I informed the

Material Witness that the most expedient way to be released is by having a personal surety post a court approved appearance bond. I explained that personal surety would have to agree to sign a $5,000.00 appearance bond, post an immigration bond, and agree to allow the Material Witness to stay with the surety pending final disposition of the case. Unfortunately, the witness, Abel Corrales-Sanchez, does not know anyone who lives in the State of California who is willing and able to post bond for the mat wit and also INS will not allow him to be released.

3. Witness Abel Corrales-Sanchez has been in custody since 7/29/2008 with little or no possibility of meeting bond requirements as he/she knows no possible person who can serve as surety for him. To continue to hold him in custody creates a significant hardship which can be addressed by the scheduling of a video tape deposition

4. The Material Witness understands that his/her presence may be needed at time of trial and he is willing to return to San Diego from Mexico if and when he is needed. However, to hold this material witness in custody for what appears to be a prolonged period is creating an inhumane hardship on mat wit and his/her family.

5. I am not aware of any reason in this case why the Material Witness' testimony can not be adequately secured by deposition. Likewise, I have not been informed of any such reasons by either the government or defense attorney.

6. The Material Witness is more than willing to discuss everything he knows about this case with both defense and government investigators. The fact is, however, there are only a few facts relevant to this case which the Material Witness is competent to testify: i.e. (a) his citizenship, (b) who might have transported him, and (c) whether the witness agreed to pay anyone. According to preliminary interviews, all of the facts relevant to this case in the Material Witness' knowledge took place over a very short period of time.

DECLARATION IN SUPPORT OF MOTION FOR VIDEOTAPE DEPOSITION

7. I explained the general procedures for videotape to the witness and explained that if he were released after the deposition, he may have to return to testify at trial if subpoenaed by the government or defendant. The witness indicated his/she is willing to return if arrangement for legal re-entry could be made and travel expenses provided.

8. The material witness's petition the court to take his/her deposition and release him/her, as he/she speaks only Spanish. His/her family is forced to suffer during his/her detention and he/she would like to return home.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in San Diego, California on September 12, 2008.

                                            S/Linda A. King  
                                            Linda A. King  
                                            Attorney for Material Witness