Case Name: United States of America vs. Abel Corrales-Sanchez
Venue:   United States of District Court,  Southern District of California
Case No. 07CR02883-JAH

## PROOF OF SERVICE BY E-FILE

### STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

    I am employed in the county of San Diego, State of California. I am over the age of 18 years, not a party to the within action. My business address is 2044 First Avenue, Ste., 200, San Diego, California 92101.

    On September 12, 2008, I served the following documents described as:

### Motion & Order for Videotaped Deposition of Material Witness

to the following parties who are currently on the list to receive e-mail notices for this case.

United States Attorney -  Efile.dkt.gc2@usdoj.gov

- **Daniel Casillas**
  dcesq1@sbcglobal.net

- **Caroline Pineda Han**
  Caroline.Han@usdoj.gov,efile.dkt.gc1@usdoj.gov,ginger.stacey@usdoj.gov

- **Samantha Mann**
  smann@kerrysteigerwalt.com,samanthamann143

**Manual Notice List:**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients:
- (No manual recipients)

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on September 12, 2008, at San Diego, California.

                                             s/Linda A. King
                                             Linda A. King
                                             Attorney for Material Witness